THE STATE *v.* WILDER.—In error.

*Tuesday, December* 23.

INDICTMENT against a justice of the peace for failing to return to the clerk's office, &c., a certificate of the solemnization of a marriage, &c. *Held,* that an averment as to a license having issued was unnecessary, and should be rejected as surplusage. *The State* v. *M'Whinney,* 5 Blackf. 364.